**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-80040-CV-MIDDLEBROOKS

| | |
|---|---|
| IN RE MICRON TECHNOLOGY, INC. SECURITIES LITIGATION | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS** |

Pursuant to S.D. Local Rule 3.8, Defendants Micron Technology, Inc. (the "Company"), Sanjay Mehrotra, and Mark Murphy, provide notice of the following pending, related or similar actions filed in the United States District Court for the District of Idaho, purportedly brought derivatively on behalf of the Company against Mr. Mehrotra and Mr. Murphy (among other defendants), arising from substantially the same or similar conduct alleged in this case:

- *Maxwell v. Mehrotra, et al.*, Case No. 1:25-cv-00092-BLW (D. Idaho), filed February 20, 2025.

- *Silva v. Mehrotra, et al.*, Case No. 1:25-cv-00096-BLW (D. Idaho), filed February 21, 2025.

Dated March 31, 2025                    Respectfully submitted,

By: */s/ Betty Chang Rowe*
Betty Chang Rowe
(Florida State Bar No. 0003239)
browe@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  (650) 493-9300

-2-

Gregory L. Watts (admitted *pro hac vice*)
gwatts@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (866) 974-7329

*Attorneys for Defendants Micron Technology, Inc.,
Sanjay Mehrotra, and Mark Murphy*

-2-