**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-80040-CV-MIDDLEBROOKS

| | |
|---|---|
| IN RE MICRON TECHNOLOGY, INC. SECURITIES LITIGATION | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **PROPOSED ORDER GRANTING JOINT MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO** |

THIS CAUSE comes before the Court upon the parties' Joint Motion to Transfer Venue under 28 U.S.C. § 1404(a) to the United States District Court for the District of Idaho, filed on April 1, 2025.

Plaintiff filed the Class Action Complaint on January 9, 2025, asserting claims under the Securities Exchange Act of 1934.  ECF No. 1.  On March 25, 2025, the Court appointed Lead Plaintiffs, which did not include Plaintiff.  ECF No. 35.  Two of the three Defendants, including Micron Technology, Inc. ("Micron"), are based/headquartered in Boise, Idaho.  The alleged misrepresentations emanated from Boise, Idaho and San Jose, California.  The likely witnesses and locus of operative facts are in Idaho and California.  Two shareholder derivative complaints, both based upon the same misrepresentations as those alleged in the Complaint, have been filed in the District of Idaho.  There is no connection to this District.  Venue appears to be proper in the District of Idaho.  Therefore, transfer to the District of Idaho is warranted for the convenience of the parties and witnesses and is in the interest of justice.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

-2-

(1) The parties' Joint Motion to Transfer Venue is **GRANTED.**

(2) The Clerk of Court shall **TRANSFER** this case to the United States District Court for the District of Idaho.

(3) The Clerk of Court shall take all necessary steps to facilitate the transfer of this action.

**SIGNED** in Chambers at West Palm Beach, Florida, this _____ day of April, 2025.


_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       Magistrate Judge William Matthewman

-2-