**HOLLAND & HART, LLP**
Erik F. Stidham
A. Dean Bennett
800 W. Main Street, Suite 1750
Boise, ID  83702-7714
Telephone:  (208) 342-5000
efstidham@hollandhart.com
adbennett@hollandhart.com

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
Gregory L. Watts (admitted *pro hac vice*)
701 Fifth Avenue, Suite 5100
Seattle, WA  98014
Telephone: (206) 883-2500
gwatts@wsgr.com

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
Ignacio E. Salceda (admitted *pro hac vice*)
Betty Chang Rowe (admitted *pro hac vice*)
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone: (650) 493-9300
isalceda@wsgr.com
browe@wsgr.com

*Attorneys for Defendants Micron Technology,*
*Inc., Sanjay Mehrotra, and Mark Murphy*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re: MICRON TECHNOLOGY, INC. SECURITIES LITIGATION | Case No. 1:25-cv-00191-BLW |
| | **SUPPLEMENTAL DECLARATION OF BETTY C. ROWE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT** |
| THIS DOCUMENT RELATES TO: *All Actions.* | |

I, Betty C. Rowe, hereby declare:

1.      I am an attorney duly licensed to practice law in the State of California and admitted *pro hac vice* before this Court.  I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for defendants Micron Technology, Inc. ("Micron"), Sanjay Mehrotra, and Mark Murphy in this action.  I submit this Supplemental Declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint.  I am familiar with the facts set forth herein and could and would testify thereto if necessary to the following:

2.      Attached hereto as **Exhibit 18** is a true and correct copy of Micron's Press Release, Exhibit 99.1 to Form 8-K, filed with the United States Securities Exchange Commission on September 23, 2025.

3.      Attached hereto as **Exhibit 19** is a true and correct copy of a Stock Chart of Micron's historical stock prices from March 28, 2023 through October 2, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of October, 2025, in Palo Alto, California.

/s/  Betty C. Rowe
Betty C. Rowe

-1-