# EXHIBIT 18

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of The Securities Exchange Act of 1934**

**September 23, 2025**
Date of Report (date of earliest event reported)

# micron.
## MICRON TECHNOLOGY, INC.
(Exact name of registrant as specified in its charter)

| Delaware | 1-10658 | 75-1618004 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**8000 South Federal Way**
**Boise, Idaho 83716-9632**
(Address of principal executive offices and Zip Code)

**(208) 368-4000**
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.10 per share | MU | Nasdaq Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02.**    **Results of Operations and Financial Condition.**

On September 23, 2025, Micron Technology, Inc. (the "Company", "we" or "our") announced the financial results for our fourth quarter and full year of fiscal 2025 ended August 28, 2025. The full text of the press release issued in connection with the announcement is attached as Exhibit 99.1 to this Current Report on Form 8-K.

The information in Item 2.02 and Exhibit 99.1 of this Current Report on Form 8-K shall not be deemed "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section. The information in Item 2.02 and Exhibit 99.1 of this Current Report on Form 8-K shall not be incorporated by reference into any filing or other document pursuant to the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such filing or document.

**Item 9.01.**    **Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release issued on September 23, 2025 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**MICRON TECHNOLOGY, INC.**

Date:    September 23, 2025                    By:      */s/ Mark Murphy*
                                              Name:    Mark Murphy
                                              Title:   Executive Vice President and Chief Financial Officer

**Exhibit 99.1**

**FOR IMMEDIATE RELEASE**

Contacts:    Satya Kumar                      Mark Plungy
             Investor Relations               Media Relations
             satyakumar@micron.com            mplungy@micron.com
             (408) 450-6199                   (408) 203-2910

## MICRON TECHNOLOGY, INC. REPORTS RESULTS FOR THE FOURTH QUARTER AND FULL YEAR OF FISCAL 2025

**Record fiscal Q4 and full-year revenue driven by AI data center growth**
*Forecasting $1.2 billion in sequential revenue growth with gross margins exceeding 50%*

**BOISE, Idaho,** September 23, 2025 - Micron Technology, Inc. (Nasdaq: MU) today announced results for its fourth quarter and full year of fiscal 2025, which ended August 28, 2025.

**Fiscal Q4 2025 highlights**
- Revenue of $11.32 billion versus $9.30 billion for the prior quarter and $7.75 billion for the same period last year
- GAAP net income of $3.20 billion, or $2.83 per diluted share
- Non-GAAP net income of $3.47 billion, or $3.03 per diluted share
- Operating cash flow of $5.73 billion versus $4.61 billion for the prior quarter and $3.41 billion for the same period last year

**Fiscal 2025 highlights**
- Revenue of $37.38 billion versus $25.11 billion for the prior year
- GAAP net income of $8.54 billion, or $7.59 per diluted share
- Non-GAAP net income of $9.47 billion, or $8.29 per diluted share
- Operating cash flow of $17.53 billion versus $8.51 billion for the prior year

"Micron closed out a record-breaking fiscal year with exceptional Q4 performance, underscoring our leadership in technology, products, and operational execution," said Sanjay Mehrotra, Chairman, President and CEO of Micron Technology. "In fiscal 2025, we achieved all-time highs across our data center business and are entering fiscal 2026 with strong momentum and our most competitive portfolio to date. As the only U.S.-based memory manufacturer, Micron is uniquely positioned to capitalize on the AI opportunity ahead."

## Quarterly Financial Results

| (in millions, except per share amounts) | GAAP[1] | | | Non-GAAP[2] | | |
|---|---|---|---|---|---|---|
| | FQ4-25 | FQ3-25 | FQ4-24 | FQ4-25 | FQ3-25 | FQ4-24 |
| Revenue | $ 11,315 | $ 9,301 | $ 7,750 | $ 11,315 | $ 9,301 | $ 7,750 |
| Gross margin | 5,054 | 3,508 | 2,737 | 5,169 | 3,623 | 2,826 |
| *percent of revenue* | *44.7%* | *37.7%* | *35.3%* | *45.7%* | *39.0%* | *36.5%* |
| Operating expenses | 1,400 | 1,339 | 1,215 | 1,214 | 1,133 | 1,081 |
| Operating income | 3,654 | 2,169 | 1,522 | 3,955 | 2,490 | 1,745 |
| *percent of revenue* | *32.3%* | *23.3%* | *19.6%* | *35.0%* | *26.8%* | *22.5%* |
| Net income | 3,201 | 1,885 | 887 | 3,469 | 2,181 | 1,342 |
| Diluted earnings per share | 2.83 | 1.68 | 0.79 | 3.03 | 1.91 | 1.18 |

## Annual Financial Results

| (in millions, except per share amounts) | GAAP[1] | | Non-GAAP[2] | |
|---|---|---|---|---|
| | FY-25 | FY-24 | FY-25 | FY-24 |
| Revenue | $ 37,378 | $ 25,111 | $ 37,378 | $ 25,111 |
| Gross margin | 14,873 | 5,613 | 15,286 | 5,943 |
| *percent of revenue* | *39.8%* | *22.4%* | *40.9%* | *23.7%* |
| Operating expenses | 5,103 | 4,309 | 4,440 | 4,008 |
| Operating income | 9,770 | 1,304 | 10,846 | 1,935 |
| *percent of revenue* | *26.1%* | *5.2%* | *29.0%* | *7.7%* |
| Net income | 8,539 | 778 | 9,470 | 1,472 |
| Diluted earnings per share | 7.59 | 0.70 | 8.29 | 1.30 |

Investments in capital expenditures, net[2] were $4.93 billion for the fourth quarter of 2025 and $13.80 billion for the full year of 2025. Adjusted free cash flow[2] was $803 million for the fourth quarter of 2025 and $3.72 billion for the full year of 2025. Micron ended the year with cash, marketable investments, and restricted cash of $11.94 billion. On September 23, 2025, Micron's Board of Directors declared a quarterly dividend of $0.115 per share, payable in cash on October 21, 2025, to shareholders of record as of the close of business on October 3, 2025.

## Quarterly Business Unit Financial Results

| | FQ4-25 | FQ3-25 | FQ4-24 |
|---|---|---|---|
| **Cloud Memory Business Unit** | | | |
| Revenue | $ 4,543 | $ 3,386 | $ 1,449 |
| Gross margin | 59% | 58% | 49% |
| Operating margin | 48% | 46% | 33% |
| | | | |
| **Core Data Center Business Unit** | | | |
| Revenue | $ 1,577 | $ 1,530 | $ 2,048 |
| Gross margin | 41% | 38% | 41% |
| Operating margin | 25% | 20% | 27% |
| | | | |
| **Mobile and Client Business Unit** | | | |
| Revenue | $ 3,760 | $ 3,255 | $ 3,019 |
| Gross margin | 36% | 24% | 32% |
| Operating margin | 29% | 15% | 20% |
| | | | |
| **Automotive and Embedded Business Unit** | | | |
| Revenue | $ 1,434 | $ 1,127 | $ 1,230 |
| Gross margin | 31% | 26% | 24% |
| Operating margin | 20% | 11% | 11% |

2

**Business Outlook**

The following table presents Micron's guidance for the first quarter of 2026:

| FQ1-26 | GAAP[1] Outlook | Non-GAAP[2] Outlook |
|---|---|---|
| Revenue | $12.50 billion ± $300 million | $12.50 billion ± $300 million |
| Gross margin | 50.5% ± 1.0% | 51.5% ± 1.0% |
| Operating expenses | $1.49 billion ± $20 million | $1.34 billion ± $20 million |
| Diluted earnings per share | $3.56 ± $0.15 | $3.75 ± $0.15 |

Further information regarding Micron's business outlook is included in the prepared remarks and slides, which have been posted at investors.micron.com.

**Investor Webcast**

Micron will host a conference call on Tuesday, September 23, 2025 at 2:30 p.m. Mountain Time to discuss its fourth quarter financial results and provide forward-looking guidance for its first quarter. A live webcast of the call will be available online at investors.micron.com. A webcast replay will be available for one year after the call.

We encourage you to visit our website at micron.com throughout the quarter for the most current information on the company, including information on financial conferences that we may be attending. You can also follow us on LinkedIn, X (@MicronTech) and YouTube (@MicronTechnology).

**About Micron Technology, Inc.**

We are an industry leader in innovative memory and storage solutions transforming how the world uses information to enrich life *for all*. With a relentless focus on our customers, technology leadership, and manufacturing and operational excellence, Micron delivers a rich portfolio of high-performance DRAM, NAND, and NOR memory and storage products through our Micron® and Crucial® brands. Every day, the innovations that our people create fuel the data economy, enabling advances in artificial intelligence (AI) and compute-intensive applications that unleash opportunities - from the data center to the intelligent edge and across the client and mobile user experience. To learn more about Micron Technology, Inc. (Nasdaq: MU), visit micron.com.

*© 2025 Micron Technology, Inc. All rights reserved. Micron, the Micron logo, and all other Micron trademarks are the property of Micron Technology, Inc. All other trademarks are the property of their respective owners.*

**Forward-Looking Statements**

This press release contains forward-looking statements regarding our industry, our strategic position, and our financial and operating results, including our guidance for the first quarter and full year fiscal 2026. These forward-looking statements are subject to a number of risks and uncertainties that could cause actual results to differ materially. Please refer to the documents we file with the Securities and Exchange Commission, including our most recent Form 10-K and Form 10-Q. These documents contain and identify important factors that could cause our actual results to differ materially from those contained in these forward-looking statements. These certain factors can be found at investors.micron.com/risk-factor. Although we believe that the expectations reflected in the forward-looking statements are reasonable, we cannot guarantee future results, levels of activity, performance, or achievements. We are under no duty to update any of the forward-looking statements to conform these statements to actual results.

[1]  GAAP represents U.S. Generally Accepted Accounting Principles.

[2]  Non-GAAP represents GAAP excluding the impact of certain activities, which management excludes in analyzing our operating results and understanding trends in our earnings; adjusted free cash flow; investments in capital expenditures, net; and business outlook. Further information regarding Micron's use of non-GAAP measures and reconciliations between GAAP and non-GAAP measures are included within this press release.

**MICRON TECHNOLOGY, INC.**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
(In millions, except per share amounts)
(Unaudited)

| | | 4th Qtr. August 28, 2025 | 3rd Qtr. May 29, 2025 | 4th Qtr. August 29, 2024 | Year Ended August 28, 2025 | August 29, 2024 |
|---|---|---|---|---|---|---|
| Revenue | $ | 11,315 $ | 9,301 $ | 7,750 $ | 37,378 $ | 25,111 |
| Cost of goods sold | | 6,261 | 5,793 | 5,013 | 22,505 | 19,498 |
| Gross margin | | 5,054 | 3,508 | 2,737 | 14,873 | 5,613 |
| | | | | | | |
| Research and development | | 1,047 | 965 | 903 | 3,798 | 3,430 |
| Selling, general, and administrative | | 314 | 318 | 295 | 1,205 | 1,129 |
| Restructure and asset impairments | | 38 | 1 | 1 | 39 | 1 |
| Other operating (income) expense, net | | 1 | 55 | 16 | 61 | (251) |
| Operating income | | 3,654 | 2,169 | 1,522 | 9,770 | 1,304 |
| | | | | | | |
| Interest income | | 146 | 135 | 131 | 496 | 529 |
| Interest expense | | (124) | (123) | (136) | (477) | (562) |
| Other non-operating income (expense), net | | (45) | (68) | (7) | (135) | (31) |
| | | 3,631 | 2,113 | 1,510 | 9,654 | 1,240 |
| | | | | | | |
| Income tax (provision) benefit | | (429) | (235) | (623) | (1,124) | (451) |
| Equity in net income (loss) of equity method investees | | (1) | 7 | - | 9 | (11) |
| Net income | $ | 3,201 $ | 1,885 $ | 887 $ | 8,539 $ | 778 |
| | | | | | | |
| Earnings per share | | | | | | |
| Basic | $ | 2.86 $ | 1.69 $ | 0.80 $ | 7.65 $ | 0.70 |
| Diluted | | 2.83 | 1.68 | 0.79 | 7.59 | 0.70 |
| | | | | | | |
| Number of shares used in per share calculations | | | | | | |
| Basic | | 1,120 | 1,118 | 1,108 | 1,116 | 1,105 |
| Diluted | | 1,131 | 1,125 | 1,125 | 1,125 | 1,118 |

4

**MICRON TECHNOLOGY, INC.**
**CONSOLIDATED BALANCE SHEETS**
(In millions)
(Unaudited)

| As of | August 28, 2025 | May 29, 2025 | August 29, 2024 |
|---|---|---|---|
| **Assets** | | | |
| Cash and equivalents | $ 9,642 $ | 10,163 $ | 7,041 |
| Short-term investments | 665 | 648 | 1,065 |
| Receivables | 9,265 | 7,436 | 6,615 |
| Inventories | 8,355 | 8,727 | 8,875 |
| Other current assets | 914 | 945 | 776 |
| Total current assets | 28,841 | 27,919 | 24,372 |
| Long-term marketable investments | 1,629 | 1,402 | 1,046 |
| Property, plant, and equipment | 46,590 | 44,773 | 39,749 |
| Operating lease right-of-use assets | 736 | 628 | 645 |
| Intangible assets | 453 | 426 | 416 |
| Deferred tax assets | 616 | 483 | 520 |
| Goodwill | 1,150 | 1,150 | 1,150 |
| Other noncurrent assets | 2,783 | 1,616 | 1,518 |
| Total assets | $ 82,798 $ | 78,397 $ | 69,416 |
| | | | |
| **Liabilities and equity** | | | |
| Accounts payable and accrued expenses | $ 9,649 $ | 8,761 $ | 7,299 |
| Current debt | 560 | 538 | 431 |
| Other current liabilities | 1,245 | 836 | 1,518 |
| Total current liabilities | 11,454 | 10,135 | 9,248 |
| Long-term debt | 14,017 | 15,003 | 12,966 |
| Noncurrent operating lease liabilities | 701 | 600 | 610 |
| Noncurrent unearned government incentives | 1,018 | 603 | 550 |
| Other noncurrent liabilities | 1,443 | 1,308 | 911 |
| Total liabilities | 28,633 | 27,649 | 24,285 |
| | | | |
| Commitments and contingencies | | | |
| | | | |
| Shareholders' equity | | | |
| Common stock | 127 | 126 | 125 |
| Additional capital | 13,339 | 12,960 | 12,115 |
| Retained earnings | 48,583 | 45,559 | 40,877 |
| Treasury stock | (7,852) | (7,852) | (7,852) |
| Accumulated other comprehensive income (loss) | (32) | (45) | (134) |
| Total equity | 54,165 | 50,748 | 45,131 |
| Total liabilities and equity | $ 82,798 $ | 78,397 $ | 69,416 |

5

**MICRON TECHNOLOGY, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
(In millions)
(Unaudited)

| For the year ended | August 28, 2025 | August 29, 2024 |
|---|---|---|
| **Cash flows from operating activities** | | |
| Net income | $ 8,539 | $ 778 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation expense and amortization of intangible assets | 8,352 | 7,780 |
| Stock-based compensation | 972 | 833 |
| Change in operating assets and liabilities: | | |
| Receivables | (1,776) | (3,581) |
| Inventories | 520 | (488) |
| Accounts payable and accrued expenses | 862 | 1,915 |
| Other current liabilities | (272) | 989 |
| Other | 328 | 281 |
| Net cash provided by operating activities | 17,525 | 8,507 |
| | | |
| **Cash flows from investing activities** | | |
| Expenditures for property, plant, and equipment | (15,857) | (8,386) |
| Purchases of available-for-sale securities | (1,890) | (1,999) |
| Proceeds from government incentives | 2,005 | 315 |
| Proceeds from maturities and sales of available-for-sale securities | 1,698 | 1,794 |
| Other | (43) | (33) |
| Net cash used for investing activities | (14,087) | (8,309) |
| | | |
| **Cash flows from financing activities** | | |
| Repayments of debt | (4,619) | (1,897) |
| Payments of dividends to shareholders | (522) | (513) |
| Repurchases of common stock - repurchase program | - | (300) |
| Payments on equipment purchase contracts | - | (149) |
| Proceeds from issuance of debt | 4,430 | 999 |
| Other | (139) | 18 |
| Net cash used for financing activities | (850) | (1,842) |
| | | |
| Effect of changes in currency exchange rates on cash, cash equivalents, and restricted cash | 6 | 40 |
| | | |
| Net increase (decrease) in cash, cash equivalents, and restricted cash | 2,594 | (1,604) |
| Cash, cash equivalents, and restricted cash at beginning of period | 7,052 | 8,656 |
| Cash, cash equivalents, and restricted cash at end of period | $ 9,646 | $ 7,052 |

**MICRON TECHNOLOGY, INC.**
**RECONCILIATION OF GAAP TO NON-GAAP MEASURES**
(In millions, except per share amounts)

| | | 4th Qtr. August 28, 2025 | 3rd Qtr. May 29, 2025 | 4th Qtr. August 29, 2024 | Year Ended August 28, 2025 | August 29, 2024 |
|---|---|---|---|---|---|---|
| **GAAP gross margin** | $ | 5,054 $ | 3,508 $ | 2,737 $ | 14,873 $ | 5,613 |
| Stock-based compensation | | 115 | 115 | 85 | 409 | 312 |
| Other | | - | - | 4 | 4 | 18 |
| **Non-GAAP gross margin** | $ | 5,169 $ | 3,623 $ | 2,826 $ | 15,286 $ | 5,943 |
| | | | | | | |
| **GAAP operating expenses** | $ | 1,400 $ | 1,339 $ | 1,215 $ | 5,103 $ | 4,309 |
| Stock-based compensation | | (147) | (148) | (128) | (566) | (509) |
| Restructure and asset impairments | | (38) | (1) | (1) | (39) | (1) |
| Patent license charges | | - | (57) | - | (57) | - |
| Patent cross-license agreement gain | | - | - | - | - | 200 |
| Other | | (1) | - | (5) | (1) | 9 |
| **Non-GAAP operating expenses** | $ | 1,214 $ | 1,133 $ | 1,081 $ | 4,440 $ | 4,008 |
| | | | | | | |
| **GAAP operating income** | $ | 3,654 $ | 2,169 $ | 1,522 $ | 9,770 $ | 1,304 |
| Stock-based compensation | | 262 | 263 | 213 | 975 | 821 |
| Restructure and asset impairments | | 38 | 1 | 1 | 39 | 1 |
| Patent license charges | | - | 57 | - | 57 | - |
| Patent cross-license agreement gain | | - | - | - | - | (200) |
| Other | | 1 | - | 9 | 5 | 9 |
| **Non-GAAP operating income** | $ | 3,955 $ | 2,490 $ | 1,745 $ | 10,846 $ | 1,935 |
| | | | | | | |
| **GAAP net income** | $ | 3,201 $ | 1,885 $ | 887 $ | 8,539 $ | 778 |
| Stock-based compensation | | 262 | 263 | 213 | 975 | 821 |
| Restructure and asset impairments | | 38 | 1 | 1 | 39 | 1 |
| Loss on debt prepayments | | 9 | 46 | - | 59 | 1 |
| Patent license charges | | - | 57 | - | 57 | - |
| Patent cross-license agreement gain | | - | - | - | - | (200) |
| Other | | 1 | - | 5 | 1 | (1) |
| Estimated tax effects of above and other tax adjustments | | (42) | (71) | 236 | (200) | 72 |
| **Non-GAAP net income** | $ | 3,469 $ | 2,181 $ | 1,342 $ | 9,470 $ | 1,472 |
| | | | | | | |
| **GAAP weighted-average common shares outstanding - Diluted** | | 1,131 | 1,125 | 1,125 | 1,125 | 1,118 |
| Adjustment for stock-based compensation | | 14 | 19 | 12 | 18 | 16 |
| **Non-GAAP weighted-average common shares outstanding - Diluted** | | 1,145 | 1,144 | 1,137 | 1,143 | 1,134 |
| | | | | | | |
| **GAAP diluted earnings per share** | $ | 2.83 $ | 1.68 $ | 0.79 $ | 7.59 $ | 0.70 |
| Effects of the above adjustments | | 0.20 | 0.23 | 0.39 | 0.70 | 0.60 |
| **Non-GAAP diluted earnings per share** | $ | 3.03 $ | 1.91 $ | 1.18 $ | 8.29 $ | 1.30 |

**RECONCILIATION OF GAAP TO NON-GAAP MEASURES, Continued**

| | | 4th Qtr. August 28, 2025 | 3rd Qtr. May 29, 2025 | 4th Qtr. August 29, 2024 | Year Ended August 28, 2025 | August 29, 2024 |
|---|---|---|---|---|---|---|
| **GAAP net cash provided by operating activities** | $ | 5,730 $ | 4,609 $ | 3,405 $ | 17,525 $ | 8,507 |
| Expenditures for property, plant, and equipment | | (5,658) | (2,938) | (3,120) | (15,857) | (8,386) |
| Payments on equipment purchase contracts | | - | - | (22) | - | (149) |
| Proceeds from sales of property, plant, and equipment | | 20 | 12 | 12 | 48 | 99 |
| Proceeds from government incentives | | 711 | 266 | 48 | 2,005 | 315 |
| **Investments in capital expenditures, net** | | (4,927) | (2,660) | (3,082) | (13,804) | (8,121) |
| **Adjusted free cash flow** | $ | 803 $ | 1,949 $ | 323 $ | 3,721 $ | 386 |

The tables above reconcile GAAP to non-GAAP measures of gross margin, operating expenses, operating income, net income, diluted shares, diluted earnings per share, and adjusted free cash flow. The non-GAAP adjustments above may or may not be infrequent or nonrecurring in nature, but are a result of periodic or non-core operating activities. We believe this non-GAAP information is helpful in understanding trends and in analyzing our operating results and earnings. We are providing this information to investors to assist in performing analysis of our operating results. When evaluating performance and making decisions on how to allocate our resources, management uses this non-GAAP information and believes investors should have access to similar data when making their investment decisions. We believe these non-GAAP financial measures increase transparency by providing investors with useful supplemental information about the financial performance of our business, enabling enhanced comparison of our operating results between periods and with peer companies. The presentation of these adjusted amounts varies from amounts presented in accordance with U.S. GAAP and therefore may not be comparable to amounts reported by other companies. Our management excludes the following items as applicable in analyzing our operating results and understanding trends in our earnings:

- Stock-based compensation;
- Gains and losses from settlements;
- Gains and losses from debt prepayments;
- Restructure and asset impairments; and
- The estimated tax effects of above, non-cash changes in net deferred income taxes, assessments of tax exposures, certain tax matters related to prior fiscal periods, and significant changes in tax law. The divergence between our GAAP and non-GAAP income tax (provision) benefit relates to the difference in our GAAP and non-GAAP estimated annual effective tax rates, which are computed separately.

Non-GAAP diluted shares are adjusted for the impact of additional shares resulting from the exclusion of stock-based compensation from non-GAAP income.

8

**MICRON TECHNOLOGY, INC.**
**RECONCILIATION OF GAAP TO NON-GAAP OUTLOOK**

| FQ1-26 | GAAP Outlook | Adjustments | Non-GAAP Outlook |
|---|---|---|---|
| Revenue | $12.50 billion ± $300 million | - | $12.50 billion ± $300 million |
| Gross margin | 50.5% ± 1.0% | 1.0% A | 51.5% ± 1.0% |
| Operating expenses | $1.49 billion ± $20 million | $148 million B | $1.34 billion ± $20 million |
| Diluted earnings per share[1] | $3.56 ± $0.15 | $0.19 A, B, C | $3.75 ± $0.15 |

**Non-GAAP Adjustments**
*(in millions)*

| | | | |
|---|---|---|---|
| A | Stock-based compensation - cost of goods sold | $ | 111 |
| B | Stock-based compensation - research and development | | 98 |
| B | Stock-based compensation - sales, general, and administrative | | 50 |
| C | Tax effects of the above items and other tax adjustments | | (39) |
| | | $ | 220 |

[1] GAAP earnings per share based on approximately 1.13 billion diluted shares and non-GAAP earnings per share based on approximately 1.15 billion diluted shares.

The tables above reconcile our GAAP to non-GAAP guidance based on the current outlook. The guidance does not incorporate the impact of any potential business combinations, divestitures, additional restructuring activities, balance sheet valuation adjustments, strategic investments, financing transactions, and other significant transactions. The timing and impact of such items are dependent on future events that may be uncertain or outside of our control.

9