# EXHIBIT 19

**Micron Technology, Inc.**
Stock Prices 3/28/23 to 10/02/25

| Date | Close/Last | Open | High | Low |
|---|---|---|---|---|
| 3/28/2023 | 59.28 | 59.8 | 59.87 | 57.815 |
| 3/29/2023 | 63.54 | 60.91 | 64.42 | 60.87 |
| 3/30/2023 | 63.09 | 64.03 | 64.1 | 62.48 |
| 3/31/2023 | 60.34 | 60.35 | 61.6582 | 59.9 |
| 4/3/2023 | 59.61 | 59.805 | 59.805 | 57.87 |
| 4/4/2023 | 57.27 | 59.675 | 60.095 | 56.95 |
| 4/5/2023 | 57.02 | 56.82 | 57.11 | 56.01 |
| 4/6/2023 | 58.56 | 56.95 | 59.15 | 56.8 |
| 4/10/2023 | 63.27 | 61.18 | 63.77 | 61 |
| 4/11/2023 | 63.57 | 63.64 | 64.29 | 63.04 |
| 4/12/2023 | 61.96 | 64.36 | 64.36 | 61.84 |
| 4/13/2023 | 63 | 61.51 | 63.37 | 60.79 |
| 4/14/2023 | 62.63 | 63.18 | 63.22 | 61.765 |
| 4/17/2023 | 62.54 | 62.22 | 62.77 | 61.975 |
| 4/18/2023 | 61.93 | 63.33 | 63.45 | 61.48 |
| 4/19/2023 | 60.65 | 60.98 | 61.21 | 60.38 |
| 4/20/2023 | 61.46 | 59.88 | 61.95 | 59.87 |
| 4/21/2023 | 61.13 | 61.15 | 61.445 | 60.73 |
| 4/24/2023 | 59.51 | 60.095 | 60.875 | 59.35 |
| 4/25/2023 | 58.14 | 59.13 | 59.34 | 58.03 |
| 4/26/2023 | 61.02 | 59.575 | 61.18 | 59.34 |
| 4/27/2023 | 61.9 | 60.75 | 61.96 | 60.13 |
| 4/28/2023 | 64.36 | 62.43 | 64.435 | 62.3 |
| 5/1/2023 | 62.35 | 63.89 | 64.1 | 62.305 |
| 5/2/2023 | 61.9 | 62.23 | 62.58 | 61.245 |
| 5/3/2023 | 60.91 | 61.49 | 62.18 | 60.815 |
| 5/4/2023 | 60.51 | 60.55 | 60.96 | 59.9 |
| 5/5/2023 | 61.23 | 60.61 | 61.74 | 60.105 |
| 5/8/2023 | 60.87 | 61.25 | 61.345 | 60.305 |
| 5/9/2023 | 60.93 | 59.88 | 61.39 | 59.55 |
| 5/10/2023 | 59.99 | 61.92 | 62.31 | 59.79 |
| 5/11/2023 | 61.61 | 60.59 | 61.81 | 60.065 |
| 5/12/2023 | 60.92 | 61.99 | 62.19 | 60.15 |
| 5/15/2023 | 64.64 | 62.23 | 64.87 | 61.8 |
| 5/16/2023 | 63.73 | 64.55 | 65.22 | 63.3 |
| 5/17/2023 | 64.92 | 64.58 | 65.32 | 63.44 |
| 5/18/2023 | 67.57 | 65.98 | 68.59 | 65.08 |
| 5/19/2023 | 68.17 | 67.57 | 68.39 | 66.43 |
| 5/22/2023 | 66.23 | 65.75 | 66.75 | 64.76 |
| 5/23/2023 | 66.01 | 65.85 | 67.56 | 65.71 |
| 5/24/2023 | 66.53 | 64.95 | 66.73 | 64.88 |
| 5/25/2023 | 69.61 | 69.745 | 69.88 | 67.51 |
| 5/26/2023 | 73.93 | 69.88 | 74.59 | 69.8 |
| 5/30/2023 | 71.69 | 74.385 | 74.7699 | 71.5832 |
| 5/31/2023 | 68.2 | 68.895 | 69.85 | 67.92 |

1

**Micron Technology, Inc.**

Stock Prices 3/28/23 to 10/02/25

| Date | Close/Last | Open | High | Low |
|---|---|---|---|---|
| 6/1/2023 | 69.09 | 68.94 | 69.79 | 68.095 |
| 6/2/2023 | 69.17 | 69.985 | 70.545 | 68.29 |
| 6/5/2023 | 67.77 | 69.5 | 69.5 | 67.51 |
| 6/6/2023 | 67.54 | 67.025 | 68.84 | 66.815 |
| 6/7/2023 | 67.06 | 68.41 | 68.665 | 66.945 |
| 6/8/2023 | 65.32 | 66.502 | 66.52 | 64.01 |
| 6/9/2023 | 65.43 | 65.93 | 66.4 | 64.465 |
| 6/12/2023 | 67.45 | 65.84 | 67.54 | 65.79 |
| 6/13/2023 | 67.87 | 68.555 | 68.88 | 67.6 |
| 6/14/2023 | 69.12 | 67.54 | 69.21 | 67.52 |
| 6/15/2023 | 68.82 | 68.59 | 69.52 | 68.36 |
| 6/16/2023 | 67.66 | 70.15 | 70.5 | 66.06 |
| 6/20/2023 | 66.9 | 67.315 | 67.62 | 65.77 |
| 6/21/2023 | 65.8 | 66.75 | 67.2 | 65.34 |
| 6/22/2023 | 66.25 | 65.53 | 66.66 | 65.51 |
| 6/23/2023 | 65.28 | 65.45 | 65.96 | 64.84 |
| 6/26/2023 | 65.45 | 65.63 | 66.7 | 65.41 |
| 6/27/2023 | 66.79 | 65.27 | 66.84 | 63.7946 |
| 6/28/2023 | 67.07 | 65.65 | 67.73 | 65.39 |
| 6/29/2023 | 64.33 | 67.84 | 67.95 | 63.55 |
| 6/30/2023 | 63.11 | 64.495 | 65.1 | 62.9 |
| 7/3/2023 | 63.9 | 63.44 | 64.32 | 63.255 |
| 7/5/2023 | 62.06 | 63.5 | 63.75 | 62.02 |
| 7/6/2023 | 61.23 | 60.99 | 61.79 | 60.5 |
| 7/7/2023 | 60.65 | 61.43 | 61.49 | 60.625 |
| 7/10/2023 | 62.48 | 60.825 | 62.83 | 60.58 |
| 7/11/2023 | 63.6 | 62.6 | 63.67 | 62.31 |
| 7/12/2023 | 63.79 | 64.47 | 64.7 | 63.125 |
| 7/13/2023 | 64.53 | 64.18 | 64.645 | 63.55 |
| 7/14/2023 | 64.08 | 64.3 | 65.54 | 63.68 |
| 7/17/2023 | 65.16 | 63.8 | 65.67 | 63.34 |
| 7/18/2023 | 64.94 | 64.37 | 65.12 | 63.7508 |
| 7/19/2023 | 64.96 | 65.63 | 65.76 | 64.8 |
| 7/20/2023 | 64.69 | 64.4 | 65.545 | 64.25 |
| 7/21/2023 | 65.65 | 65.29 | 66.16 | 64.34 |
| 7/24/2023 | 65.48 | 65.36 | 66.64 | 65.225 |
| 7/25/2023 | 65.68 | 65.4 | 65.995 | 65.08 |
| 7/26/2023 | 67.38 | 65 | 67.88 | 65 |
| 7/27/2023 | 71.07 | 70.48 | 72.34 | 69.96 |
| 7/28/2023 | 71.2 | 71.58 | 72.1299 | 70.655 |
| 7/31/2023 | 71.39 | 71.12 | 71.77 | 70.87 |
| 8/1/2023 | 70.76 | 71 | 71.08 | 69.89 |
| 8/2/2023 | 68.17 | 69.75 | 69.85 | 67.34 |
| 8/3/2023 | 69.18 | 67.57 | 69.39 | 67.1614 |
| 8/4/2023 | 69.91 | 69.5 | 70.9345 | 69.13 |

2

**Micron Technology, Inc.**

Stock Prices 3/28/23 to 10/02/25

| Date | Close/Last | Open | High | Low |
|---|---|---|---|---|
| 8/7/2023 | 69.38 | 69.85 | 70.2294 | 68.83 |
| 8/8/2023 | 67.65 | 68.7 | 68.76 | 66.96 |
| 8/9/2023 | 66.7 | 67.78 | 67.97 | 66.62 |
| 8/10/2023 | 65.44 | 67.06 | 67.46 | 64.93 |
| 8/11/2023 | 64.37 | 64.9 | 65.31 | 64.07 |
| 8/14/2023 | 68.28 | 64.37 | 68.48 | 64.2 |
| 8/15/2023 | 65.33 | 67.59 | 67.63 | 65.32 |
| 8/16/2023 | 64.22 | 65 | 65.2299 | 64.09 |
| 8/17/2023 | 63.56 | 64.49 | 64.709 | 63.4 |
| 8/18/2023 | 63.59 | 62.31 | 63.855 | 61.75 |
| 8/21/2023 | 63.96 | 63.68 | 64.195 | 62.86 |
| 8/22/2023 | 63.41 | 64.3 | 65.08 | 63.285 |
| 8/23/2023 | 65.19 | 63.57 | 65.62 | 63.17 |
| 8/24/2023 | 63.69 | 66.14 | 66.24 | 63.37 |
| 8/25/2023 | 63.72 | 63.46 | 64.39 | 62.625 |
| 8/28/2023 | 65.31 | 65.72 | 66.11 | 64.66 |
| 8/29/2023 | 66.68 | 64.9 | 67.03 | 64.87 |
| 8/30/2023 | 68.09 | 67.19 | 68.7 | 66.52 |
| 8/31/2023 | 69.94 | 67.97 | 70.54 | 67.97 |
| 9/1/2023 | 70.39 | 70.21 | 70.62 | 69.55 |
| 9/5/2023 | 70.29 | 69.91 | 71.16 | 69.53 |
| 9/6/2023 | 70.41 | 70.13 | 70.6599 | 69.64 |
| 9/7/2023 | 69.87 | 69.45 | 70.288 | 69.1 |
| 9/8/2023 | 70.18 | 69.765 | 70.61 | 69.61 |
| 9/11/2023 | 70.03 | 70.83 | 70.86 | 69.31 |
| 9/12/2023 | 70.31 | 69.955 | 71.69 | 69.79 |
| 9/13/2023 | 70.85 | 71.05 | 71.86 | 70.365 |
| 9/14/2023 | 71.79 | 71.67 | 72.23 | 71.28 |
| 9/15/2023 | 69.88 | 71.29 | 71.628 | 69.64 |
| 9/18/2023 | 70.5 | 70.65 | 71.0501 | 69.9101 |
| 9/19/2023 | 70.71 | 70.62 | 71.06 | 69.97 |
| 9/20/2023 | 69.68 | 70.95 | 72.3052 | 69.65 |
| 9/21/2023 | 67.9 | 69 | 69.29 | 67.83 |
| 9/22/2023 | 68.88 | 68.59 | 69.75 | 67.79 |
| 9/25/2023 | 68.58 | 68.29 | 69.185 | 67.61 |
| 9/26/2023 | 67.94 | 67.97 | 69.045 | 67.59 |
| 9/27/2023 | 68.21 | 68.12 | 68.85 | 66.75 |
| 9/28/2023 | 65.2 | 65.97 | 67.0899 | 63.83 |
| 9/29/2023 | 68.03 | 66.36 | 68.73 | 66.36 |
| 10/2/2023 | 67.96 | 68.24 | 69.28 | 67.06 |
| 10/3/2023 | 67.83 | 67.17 | 69.65 | 67.11 |
| 10/4/2023 | 68.11 | 68.31 | 68.5 | 67.12 |
| 10/5/2023 | 69.05 | 68.61 | 69.54 | 68.34 |
| 10/6/2023 | 69.96 | 68.71 | 70.325 | 68.0001 |
| 10/9/2023 | 69.48 | 69.61 | 69.95 | 68.575 |

3

**Micron Technology, Inc.**

Stock Prices 3/28/23 to 10/02/25

| Date | Close/Last | Open | High | Low |
|---|---|---|---|---|
| 10/10/2023 | 69.07 | 69.49 | 70.11 | 68.89 |
| 10/11/2023 | 70.21 | 69.72 | 70.27 | 68.93 |
| 10/12/2023 | 69.75 | 70.39 | 70.72 | 69.295 |
| 10/13/2023 | 69.21 | 69.87 | 70.06 | 69.09 |
| 10/16/2023 | 69.08 | 69.01 | 70.03 | 68.14 |
| 10/17/2023 | 69 | 68.07 | 69.63 | 67.62 |
| 10/18/2023 | 69.14 | 68.01 | 69.55 | 67.98 |
| 10/19/2023 | 67.53 | 69.68 | 69.78 | 67.18 |
| 10/20/2023 | 67.22 | 67.56 | 68.52 | 67.135 |
| 10/23/2023 | 66.88 | 66.82 | 68.16 | 66.23 |
| 10/24/2023 | 68.07 | 67.29 | 68.35 | 67.13 |
| 10/25/2023 | 66.5 | 68.485 | 69.2 | 65.8998 |
| 10/26/2023 | 64.53 | 66.45 | 67.44 | 63.875 |
| 10/27/2023 | 65.65 | 64.92 | 66.27 | 64.88 |
| 10/30/2023 | 66.07 | 66.355 | 67.55 | 65.17 |
| 10/31/2023 | 66.87 | 66.08 | 67.07 | 65.26 |
| 11/1/2023 | 69.4 | 67 | 69.66 | 67 |
| 11/2/2023 | 70.44 | 70.32 | 71.025 | 69.75 |
| 11/3/2023 | 72.58 | 71.3 | 73.19 | 71.15 |
| 11/6/2023 | 72.92 | 72.58 | 72.99 | 72.0201 |
| 11/7/2023 | 72.8 | 72.48 | 73.13 | 71.71 |
| 11/8/2023 | 72.28 | 72.62 | 72.78 | 71.715 |
| 11/9/2023 | 73.57 | 73.55 | 76.1 | 73.495 |
| 11/10/2023 | 75.36 | 74.44 | 75.805 | 73.565 |
| 11/13/2023 | 74.78 | 74.15 | 75.2025 | 73.39 |
| 11/14/2023 | 77.17 | 76 | 77.45 | 75.91 |
| 11/15/2023 | 77.14 | 77.5 | 77.5 | 76.31 |
| 11/16/2023 | 76.67 | 76.89 | 77.48 | 76.48 |
| 11/17/2023 | 77.56 | 76.6 | 77.94 | 76.47 |
| 11/20/2023 | 78.62 | 77.34 | 78.905 | 77.13 |
| 11/21/2023 | 76.71 | 77.85 | 77.93 | 76.305 |
| 11/22/2023 | 77.1 | 77.2 | 78.45 | 76.85 |
| 11/24/2023 | 76.87 | 76.68 | 77.0055 | 76.37 |
| 11/27/2023 | 77.51 | 76.87 | 78.2899 | 76.66 |
| 11/28/2023 | 76.12 | 75.08 | 76.24 | 73.985 |
| 11/29/2023 | 76.69 | 77.45 | 79.02 | 76.375 |
| 11/30/2023 | 76.12 | 76.82 | 77 | 74.97 |
| 12/1/2023 | 75.93 | 76.01 | 76.54 | 75.09 |
| 12/4/2023 | 74.29 | 75.42 | 75.6 | 73.33 |
| 12/5/2023 | 73.69 | 73.47 | 73.97 | 73.04 |
| 12/6/2023 | 73.13 | 75.3 | 75.4 | 72.93 |
| 12/7/2023 | 73.65 | 74.02 | 74.205 | 72.99 |
| 12/8/2023 | 74.96 | 73.48 | 75.35 | 73.43 |
| 12/11/2023 | 77.79 | 77.19 | 78.51 | 76.965 |
| 12/12/2023 | 78.16 | 77.42 | 78.26 | 77.0985 |

4

**Micron Technology, Inc.**

Stock Prices 3/28/23 to 10/02/25

| Date | Close/Last | Open | High | Low |
|---|---|---|---|---|
| 12/13/2023 | 79.79 | 78.3 | 80.265 | 78.03 |
| 12/14/2023 | 82.19 | 80.81 | 82.4 | 80.79 |
| 12/15/2023 | 81.41 | 82.89 | 82.99 | 81.11 |
| 12/18/2023 | 81.56 | 81.59 | 81.86 | 80.81 |
| 12/19/2023 | 82.17 | 81.67 | 82.27 | 81.17 |
| 12/20/2023 | 78.69 | 81.46 | 81.62 | 78.63 |
| 12/21/2023 | 85.48 | 85 | 86.02 | 83.11 |
| 12/22/2023 | 86.49 | 86.15 | 87.49 | 85.62 |
| 12/26/2023 | 87.06 | 86.695 | 87.87 | 86.43 |
| 12/27/2023 | 86.66 | 87.48 | 87.49 | 86.22 |
| 12/28/2023 | 86 | 86.75 | 86.75 | 85.84 |
| 12/29/2023 | 85.34 | 85.84 | 86.1441 | 85.03 |
| 1/2/2024 | 82.34 | 84 | 84.08 | 81.75 |
| 1/3/2024 | 82.26 | 81.2 | 82.5883 | 80.585 |
| 1/4/2024 | 82.71 | 83.47 | 84.26 | 82.61 |
| 1/5/2024 | 83.45 | 81.48 | 83.53 | 81.01 |
| 1/8/2024 | 84.95 | 83.89 | 85.51 | 83.83 |
| 1/9/2024 | 83.33 | 83.13 | 84.19 | 82.9 |
| 1/10/2024 | 82.38 | 82.955 | 83.02 | 81.66 |
| 1/11/2024 | 83.39 | 82.8 | 83.45 | 81.82 |
| 1/12/2024 | 82.39 | 82.75 | 83.045 | 81.71 |
| 1/16/2024 | 84.61 | 82.54 | 85.215 | 82.33 |
| 1/17/2024 | 83.28 | 83.69 | 83.97 | 82.625 |
| 1/18/2024 | 84.82 | 85.22 | 85.82 | 84.04 |
| 1/19/2024 | 87.51 | 86.06 | 87.785 | 85.62 |
| 1/22/2024 | 89.24 | 88.27 | 89.95 | 88.01 |
| 1/23/2024 | 87.53 | 89 | 89.18 | 86.88 |
| 1/24/2024 | 88.08 | 88.41 | 88.57 | 86.61 |
| 1/25/2024 | 89.2 | 89.15 | 90.0446 | 88.495 |
| 1/26/2024 | 88.05 | 87.24 | 88.5 | 86.29 |
| 1/29/2024 | 89.07 | 88.5 | 89.57 | 88.015 |
| 1/30/2024 | 86.16 | 88.08 | 88.79 | 85.76 |
| 1/31/2024 | 85.75 | 84.957 | 86.92 | 84.7863 |
| 2/1/2024 | 85.61 | 86.07 | 86.19 | 84.615 |
| 2/2/2024 | 86.48 | 85.07 | 86.61 | 84.941 |
| 2/5/2024 | 86.98 | 86.74 | 87.22 | 85.61 |
| 2/6/2024 | 84.6 | 86.83 | 87.19 | 83.72 |
| 2/7/2024 | 85.17 | 84.14 | 85.28 | 82.47 |
| 2/8/2024 | 84.88 | 85.51 | 86.0346 | 84.53 |
| 2/9/2024 | 85.56 | 85.06 | 85.62 | 83.96 |
| 2/12/2024 | 85.7 | 85.53 | 86.905 | 85.39 |
| 2/13/2024 | 81.53 | 82.47 | 83.55 | 80.765 |
| 2/14/2024 | 81.83 | 82.18 | 83.175 | 81.49 |
| 2/15/2024 | 81.63 | 82.24 | 82.71 | 81.51 |
| 2/16/2024 | 79.5 | 80.96 | 81.3405 | 79.25 |

**Micron Technology, Inc.**

Stock Prices 3/28/23 to 10/02/25

| Date | Close/Last | Open | High | Low |
|---|---|---|---|---|
| 2/20/2024 | 80.71 | 79.335 | 80.77 | 79.15 |
| 2/21/2024 | 81.49 | 80.79 | 81.5 | 79.94 |
| 2/22/2024 | 85.91 | 85 | 86.31 | 83.88 |
| 2/23/2024 | 86 | 86.55 | 86.8199 | 85.05 |
| 2/26/2024 | 89.46 | 89.68 | 92.35 | 88.9 |
| 2/27/2024 | 91.85 | 91.89 | 92.745 | 90.49 |
| 2/28/2024 | 89.71 | 90.46 | 90.79 | 89.3 |
| 2/29/2024 | 90.61 | 90.645 | 90.83 | 88.8201 |
| 3/1/2024 | 95.15 | 91.92 | 96.059 | 91.92 |
| 3/4/2024 | 95.77 | 96.93 | 97.38 | 94.6177 |
| 3/5/2024 | 94.47 | 94.25 | 95.365 | 93.275 |
| 3/6/2024 | 95.56 | 95.05 | 96.43 | 94.5577 |
| 3/7/2024 | 98.98 | 98.93 | 99.69 | 97.47 |
| 3/8/2024 | 97.62 | 99.88 | 101.85 | 97.32 |
| 3/11/2024 | 94.51 | 95.9 | 96.46 | 93.525 |
| 3/12/2024 | 97.42 | 95.33 | 97.5 | 93.64 |
| 3/13/2024 | 94.16 | 95.32 | 95.34 | 93.1 |
| 3/14/2024 | 91.43 | 93.3 | 93.45 | 90.3 |
| 3/15/2024 | 93.25 | 92.48 | 94.7 | 92.02 |
| 3/18/2024 | 93.78 | 96.82 | 97.08 | 93.69 |
| 3/19/2024 | 94 | 92.58 | 94.16 | 91 |
| 3/20/2024 | 96.25 | 94.99 | 96.68 | 93.59 |
| 3/21/2024 | 109.85 | 113.365 | 113.5 | 108.7816 |
| 3/22/2024 | 110.21 | 109.31 | 111.34 | 107.0548 |
| 3/25/2024 | 117.13 | 110.24 | 121.41 | 110.16 |
| 3/26/2024 | 118.8 | 119 | 122.4599 | 118.17 |
| 3/27/2024 | 119.25 | 119.3 | 120.112 | 117.08 |
| 3/28/2024 | 117.89 | 119.44 | 119.63 | 117.35 |
| 4/1/2024 | 124.3 | 119.195 | 127.3799 | 119 |
| 4/2/2024 | 122.75 | 122.71 | 123.68 | 120.92 |
| 4/3/2024 | 128.01 | 122.2 | 128.28 | 121.33 |
| 4/4/2024 | 124.09 | 130.18 | 130.5431 | 123.65 |
| 4/5/2024 | 123.58 | 124.4 | 125.69 | 121.2001 |
| 4/8/2024 | 122.95 | 129.055 | 129.7 | 122.61 |
| 4/9/2024 | 122.63 | 124.89 | 126.14 | 121.27 |
| 4/10/2024 | 122.2 | 120 | 124.48 | 119.93 |
| 4/11/2024 | 127.51 | 122.9 | 127.56 | 122.08 |
| 4/12/2024 | 122.52 | 125.25 | 125.99 | 121.83 |
| 4/15/2024 | 121.37 | 123.63 | 124.78 | 120.61 |
| 4/16/2024 | 121.77 | 119.53 | 122.5499 | 118.36 |
| 4/17/2024 | 116.33 | 122.02 | 124.42 | 116.2 |
| 4/18/2024 | 111.93 | 116 | 117.615 | 111.48 |
| 4/19/2024 | 106.77 | 109.66 | 110.88 | 105.72 |
| 4/22/2024 | 109.12 | 107.6 | 110.23 | 106.63 |
| 4/23/2024 | 112.46 | 109.71 | 112.89 | 108.91 |

**Micron Technology, Inc.**

Stock Prices 3/28/23 to 10/02/25

| Date | Close/Last | Open | High | Low |
|---|---|---|---|---|
| 4/24/2024 | 111.78 | 112.72 | 113.95 | 109.23 |
| 4/25/2024 | 111.58 | 109.3728 | 113.0595 | 108.07 |
| 4/26/2024 | 114.84 | 112 | 115.06 | 111.6 |
| 4/29/2024 | 114.36 | 113.81 | 114.75 | 112.11 |
| 4/30/2024 | 112.96 | 114.18 | 116.28 | 112.93 |
| 5/1/2024 | 109.7 | 110.52 | 113.73 | 108.75 |
| 5/2/2024 | 112.33 | 111.74 | 112.41 | 109.43 |
| 5/3/2024 | 114.7 | 115.03 | 115.48 | 113.45 |
| 5/6/2024 | 120.13 | 119.78 | 121.3699 | 118.02 |
| 5/7/2024 | 119.21 | 120.15 | 121.41 | 119.18 |
| 5/8/2024 | 119.32 | 118.302 | 120.47 | 118.22 |
| 5/9/2024 | 117.81 | 119.315 | 119.63 | 117.44 |
| 5/10/2024 | 121.24 | 120.04 | 121.85 | 119.18 |
| 5/13/2024 | 123 | 122.93 | 124.11 | 121.65 |
| 5/14/2024 | 124.81 | 122.99 | 125.04 | 121.673 |
| 5/15/2024 | 127.81 | 126.23 | 127.95 | 125.442 |
| 5/16/2024 | 127.89 | 127.93 | 130.13 | 127.05 |
| 5/17/2024 | 125.29 | 128.36 | 129.03 | 124.86 |
| 5/20/2024 | 129 | 127.125 | 131.02 | 126.64 |
| 5/21/2024 | 127.5 | 124.2 | 128.82 | 123.28 |
| 5/22/2024 | 126.28 | 127.79 | 127.87 | 125.24 |
| 5/23/2024 | 126.27 | 131.77 | 131.95 | 124.66 |
| 5/24/2024 | 129.49 | 127.82 | 130.4 | 126.6 |
| 5/28/2024 | 132.67 | 131.755 | 133.3 | 129.27 |
| 5/29/2024 | 131.58 | 130 | 133.1 | 129.9 |
| 5/30/2024 | 126.29 | 130.3 | 131.67 | 125.7 |
| 5/31/2024 | 125 | 126.35 | 127.32 | 121.01 |
| 6/3/2024 | 128.17 | 128.13 | 128.84 | 125.145 |
| 6/4/2024 | 126.64 | 127.35 | 127.86 | 125.42 |
| 6/5/2024 | 133.71 | 128.8 | 133.87 | 127.65 |
| 6/6/2024 | 130.07 | 133.84 | 134.13 | 129.18 |
| 6/7/2024 | 130.94 | 130.21 | 132.54 | 129.62 |
| 6/10/2024 | 134.82 | 129.71 | 135.665 | 129.71 |
| 6/11/2024 | 135.07 | 135.325 | 135.85 | 131.78 |
| 6/12/2024 | 140.75 | 138.51 | 141.71 | 136.83 |
| 6/13/2024 | 143.14 | 142.79 | 144.22 | 140.2601 |
| 6/14/2024 | 141.36 | 141.8 | 142.4889 | 139.6501 |
| 6/17/2024 | 147.83 | 145.58 | 148.75 | 142.14 |
| 6/18/2024 | 153.45 | 151.74 | 157.535 | 151.51 |
| 6/20/2024 | 144.19 | 157.01 | 157.41 | 142.91 |
| 6/21/2024 | 139.54 | 137.65 | 142.6 | 135.7 |
| 6/24/2024 | 139.01 | 142.44 | 142.83 | 137.89 |
| 6/25/2024 | 141.12 | 140.07 | 141.13 | 137.75 |
| 6/26/2024 | 142.36 | 143.04 | 144.07 | 139.54 |
| 6/27/2024 | 132.23 | 135.79 | 137.39 | 131.08 |

7

**Micron Technology, Inc.**

Stock Prices 3/28/23 to 10/02/25

| Date | Close/Last | Open | High | Low |
|---|---|---|---|---|
| 6/28/2024 | 131.53 | 132.82 | 135.42 | 130.75 |
| 7/1/2024 | 131.52 | 130.5 | 132.0834 | 127.2689 |
| 7/2/2024 | 132.59 | 129.91 | 132.71 | 129.42 |
| 7/3/2024 | 136.82 | 132.66 | 136.82 | 132.43 |
| 7/5/2024 | 131.6 | 136.82 | 137.13 | 130.91 |
| 7/8/2024 | 130.69 | 131.295 | 133.27 | 130.09 |
| 7/9/2024 | 131.14 | 131.75 | 135.21 | 130.88 |
| 7/10/2024 | 136.39 | 133.105 | 136.5 | 132.7 |
| 7/11/2024 | 130.23 | 136.36 | 136.43 | 130.07 |
| 7/12/2024 | 133.55 | 131.75 | 134.43 | 130.72 |
| 7/15/2024 | 130.87 | 133.91 | 135.35 | 130.03 |
| 7/16/2024 | 127.49 | 130.42 | 130.97 | 127.24 |
| 7/17/2024 | 119.5 | 122.58 | 123.03 | 119.23 |
| 7/18/2024 | 117.45 | 120.5 | 121.64 | 114.09 |
| 7/19/2024 | 114.26 | 116.69 | 117.2124 | 113.85 |
| 7/22/2024 | 115.28 | 115.36 | 115.58 | 113.64 |
| 7/23/2024 | 114.25 | 115.13 | 116.335 | 113.83 |
| 7/24/2024 | 110.28 | 111.47 | 114.04 | 110 |
| 7/25/2024 | 107.45 | 106.8 | 110.7 | 105.04 |
| 7/26/2024 | 109.41 | 110 | 110.63 | 107.78 |
| 7/29/2024 | 107.85 | 110.54 | 111.0299 | 107.14 |
| 7/30/2024 | 102.56 | 109 | 109.25 | 102.17 |
| 7/31/2024 | 109.82 | 109.85 | 111.3399 | 107.75 |
| 8/1/2024 | 101.51 | 107.18 | 107.86 | 99.95 |
| 8/2/2024 | 92.7 | 97.16 | 97.69 | 91.07 |
| 8/5/2024 | 90.42 | 87.63 | 92.25 | 84.91 |
| 8/6/2024 | 89 | 89.2 | 90.86 | 87.15 |
| 8/7/2024 | 86.8 | 93.38 | 93.58 | 86.58 |
| 8/8/2024 | 92.07 | 88.48 | 92.85 | 88.03 |
| 8/9/2024 | 93.08 | 91.79 | 94.53 | 91.45 |
| 8/12/2024 | 94.64 | 93.1 | 96.53 | 92.6301 |
| 8/13/2024 | 97.44 | 96.615 | 97.78 | 94.91 |
| 8/14/2024 | 100.41 | 101 | 101.95 | 98.0652 |
| 8/15/2024 | 106.95 | 103.51 | 108.0483 | 102.75 |
| 8/16/2024 | 107.99 | 106.83 | 109.47 | 105.35 |
| 8/19/2024 | 108.63 | 107.245 | 108.72 | 104.76 |
| 8/20/2024 | 107.99 | 108.33 | 109.19 | 106.16 |
| 8/21/2024 | 108.33 | 108.16 | 108.4 | 106.21 |
| 8/22/2024 | 104.26 | 108.95 | 111 | 103.96 |
| 8/23/2024 | 102.85 | 103.04 | 104.41 | 100.31 |
| 8/26/2024 | 98.91 | 100.67 | 102.19 | 97.61 |
| 8/27/2024 | 97.86 | 97.09 | 98.49 | 96.668 |
| 8/28/2024 | 94.86 | 97.36 | 97.6847 | 92.7 |
| 8/29/2024 | 95.57 | 96.56 | 97.98 | 94.99 |
| 8/30/2024 | 96.24 | 96.92 | 98.4129 | 94.99 |

**Micron Technology, Inc.**

Stock Prices 3/28/23 to 10/02/25

| Date | Close/Last | Open | High | Low |
|---|---|---|---|---|
| 9/3/2024 | 88.58 | 93.63 | 93.8799 | 88.31 |
| 9/4/2024 | 89.29 | 88.36 | 90.73 | 87.81 |
| 9/5/2024 | 89.39 | 88.1 | 90.7 | 87.76 |
| 9/6/2024 | 86.38 | 89.37 | 89.65 | 85.26 |
| 9/9/2024 | 86.27 | 87.85 | 87.96 | 85.01 |
| 9/10/2024 | 86.85 | 86.97 | 87.19 | 84.87 |
| 9/11/2024 | 90.65 | 88.2 | 90.83 | 86.08 |
| 9/12/2024 | 87.21 | 87.1 | 88.03 | 84.12 |
| 9/13/2024 | 91.22 | 88.09 | 91.47 | 87.87 |
| 9/16/2024 | 87.18 | 87.24 | 88.24 | 85.92 |
| 9/17/2024 | 88.73 | 88.06 | 89.57 | 87.5401 |
| 9/18/2024 | 87.35 | 87.99 | 89.2 | 86.71 |
| 9/19/2024 | 89.25 | 89.35 | 90.39 | 87.58 |
| 9/20/2024 | 90.9 | 88.4 | 90.97 | 88.33 |
| 9/23/2024 | 93.57 | 92.675 | 94.8 | 92.58 |
| 9/24/2024 | 94 | 94.73 | 95 | 92.76 |
| 9/25/2024 | 95.77 | 94.16 | 96.175 | 93.93 |
| 9/26/2024 | 109.88 | 113.1 | 114.8 | 107.53 |
| 9/27/2024 | 107.5 | 110.5 | 110.97 | 107.03 |
| 9/30/2024 | 103.71 | 106.08 | 106.7483 | 102.26 |
| 10/1/2024 | 100.31 | 103.4 | 104.2 | 98.94 |
| 10/2/2024 | 99.85 | 100.59 | 102.12 | 99.33 |
| 10/3/2024 | 101.82 | 99.47 | 102.53 | 99.4 |
| 10/4/2024 | 102.25 | 103.65 | 104.2399 | 101.4 |
| 10/7/2024 | 102.91 | 102.16 | 104.5932 | 100.81 |
| 10/8/2024 | 102.54 | 102.18 | 102.94 | 101.26 |
| 10/9/2024 | 101.7 | 102.25 | 102.29 | 100.322 |
| 10/10/2024 | 105.69 | 101.37 | 106.58 | 100.845 |
| 10/11/2024 | 106.92 | 105.04 | 107.65 | 104.9915 |
| 10/14/2024 | 108.34 | 107.805 | 108.71 | 106.8 |
| 10/15/2024 | 104.32 | 107.86 | 109.49 | 102.71 |
| 10/16/2024 | 109.24 | 106.02 | 109.63 | 105.61 |
| 10/17/2024 | 112.05 | 111.34 | 114.14 | 111.01 |
| 10/18/2024 | 111.15 | 111.75 | 112.9 | 109.86 |
| 10/21/2024 | 109.08 | 111.1 | 111.14 | 107.69 |
| 10/22/2024 | 107.82 | 108.24 | 108.515 | 106.37 |
| 10/23/2024 | 105.05 | 106.564 | 107.1 | 103.54 |
| 10/24/2024 | 106.85 | 106.775 | 107.53 | 105.545 |
| 10/25/2024 | 107.91 | 108.34 | 109.88 | 107.72 |
| 10/28/2024 | 106.39 | 106.78 | 108.18 | 106.32 |
| 10/29/2024 | 108.18 | 106.585 | 108.75 | 105.6037 |
| 10/30/2024 | 104.08 | 106.26 | 106.8 | 103.64 |
| 10/31/2024 | 99.65 | 102.2 | 102.49 | 99.0707 |
| 11/1/2024 | 99.73 | 100 | 100.61 | 99.37 |
| 11/4/2024 | 101.73 | 101.5 | 103.7867 | 101.0011 |

9

**Micron Technology, Inc.**

Stock Prices 3/28/23 to 10/02/25

| Date | Close/Last | Open | High | Low |
|---|---|---|---|---|
| 11/5/2024 | 105.49 | 102 | 105.62 | 101.79 |
| 11/6/2024 | 111.83 | 108.38 | 112.32 | 107 |
| 11/7/2024 | 113.41 | 112.559 | 113.86 | 111.37 |
| 11/8/2024 | 111.9 | 112.14 | 114.3 | 110.565 |
| 11/11/2024 | 108.65 | 110.945 | 111.51 | 106.77 |
| 11/12/2024 | 104.1 | 105 | 105.09 | 102.07 |
| 11/13/2024 | 99.92 | 102.8 | 103.3402 | 99.82 |
| 11/14/2024 | 99.18 | 101.29 | 102.29 | 98.56 |
| 11/15/2024 | 96.34 | 97.55 | 98.2 | 95.6374 |
| 11/18/2024 | 97.51 | 96.545 | 98.07 | 95.53 |
| 11/19/2024 | 97.73 | 97 | 98.18 | 96.51 |
| 11/20/2024 | 98.37 | 97.975 | 98.53 | 96.53 |
| 11/21/2024 | 102.76 | 100.095 | 103.2864 | 98.062 |
| 11/22/2024 | 102.64 | 102.36 | 103.71 | 101.65 |
| 11/25/2024 | 104.48 | 103.85 | 106.4 | 103.81 |
| 11/26/2024 | 101.8 | 104 | 104.72 | 100.31 |
| 11/27/2024 | 98.2 | 100.94 | 101.04 | 96.635 |
| 11/29/2024 | 97.95 | 97.24 | 98.2 | 96.1 |
| 12/2/2024 | 98.55 | 97.6 | 100.09 | 97.53 |
| 12/3/2024 | 99.84 | 101.12 | 103.68 | 99.63 |
| 12/4/2024 | 103.2 | 100.77 | 103.41 | 99.8 |
| 12/5/2024 | 100.87 | 103.875 | 104.2498 | 100.61 |
| 12/6/2024 | 101.17 | 100.88 | 102.19 | 100.03 |
| 12/9/2024 | 102.82 | 100.65 | 104.5 | 100.37 |
| 12/10/2024 | 98.1 | 104.96 | 105 | 97.2701 |
| 12/11/2024 | 102.055 | 99.5 | 102.66 | 98.3 |
| 12/12/2024 | 98.24 | 101.4 | 101.98 | 97.76 |
| 12/13/2024 | 102.5 | 100.765 | 103.2 | 99.6651 |
| 12/16/2024 | 108.26 | 105.61 | 111.13 | 104.54 |
| 12/17/2024 | 108.6 | 109.75 | 110.49 | 107.68 |
| 12/18/2024 | 103.9 | 110.25 | 112.04 | 102.73 |
| 12/19/2024 | 87.09 | 90.075 | 91 | 84.61 |
| 12/20/2024 | 90.12 | 85.406 | 90.25 | 83.54 |
| 12/23/2024 | 89.72 | 90 | 91.1 | 88.4 |
| 12/24/2024 | 89.28 | 89.58 | 89.7 | 88.23 |
| 12/26/2024 | 89.82 | 88.5 | 90.63 | 88.1 |
| 12/27/2024 | 88.63 | 89 | 89.49 | 87.58 |
| 12/30/2024 | 85.31 | 86.985 | 87.05 | 84.58 |
| 12/31/2024 | 84.16 | 85.44 | 86.4 | 84.09 |
| 1/2/2025 | 87.33 | 84.98 | 87.65 | 84.74 |
| 1/3/2025 | 89.87 | 87.95 | 90.195 | 87.51 |
| 1/6/2025 | 99.26 | 95.565 | 101.52 | 95.48 |
| 1/7/2025 | 101.91 | 103.41 | 106.7399 | 101.16 |
| 1/8/2025 | 99.41 | 102.82 | 103.475 | 98.3 |
| 1/10/2025 | 99.34 | 98.115 | 100.78 | 96.87 |

**Micron Technology, Inc.**

Stock Prices 3/28/23 to 10/02/25

| Date | Close/Last | Open | High | Low |
|---|---|---|---|---|
| 1/13/2025 | 95.06 | 95.84 | 96 | 92.88 |
| 1/14/2025 | 97.36 | 97.05 | 97.41 | 95.38 |
| 1/15/2025 | 103.19 | 99.44 | 103.9299 | 99.35 |
| 1/16/2025 | 102.6 | 104.32 | 104.8 | 101.87 |
| 1/17/2025 | 105.75 | 104.64 | 105.88 | 102.5 |
| 1/21/2025 | 109.38 | 105.425 | 110.24 | 105.23 |
| 1/22/2025 | 109.23 | 109.165 | 110.67 | 107.76 |
| 1/23/2025 | 104.84 | 104.79 | 106.18 | 103.3501 |
| 1/24/2025 | 103.19 | 105.5 | 105.72 | 102.72 |
| 1/27/2025 | 91.11 | 94.86 | 96.1 | 88.36 |
| 1/28/2025 | 88.25 | 92.605 | 93.45 | 88.04 |
| 1/29/2025 | 89.01 | 89.88 | 90.45 | 87.76 |
| 1/30/2025 | 92.5 | 90.66 | 93.16 | 90.3 |
| 1/31/2025 | 91.24 | 91.65 | 94.27 | 91.14 |
| 2/3/2025 | 89.92 | 88.65 | 91.4 | 88.0193 |
| 2/4/2025 | 90.66 | 89.05 | 91.45 | 88.8001 |
| 2/5/2025 | 93.6 | 90.385 | 93.65 | 90.22 |
| 2/6/2025 | 94.54 | 94.88 | 96.6088 | 93.58 |
| 2/7/2025 | 92.3 | 95.59 | 95.93 | 91.59 |
| 2/10/2025 | 95.93 | 93.185 | 96.26 | 93.17 |
| 2/11/2025 | 94.08 | 94.245 | 95.84 | 93.56 |
| 2/12/2025 | 91.68 | 89.6 | 92.64 | 87.35 |
| 2/13/2025 | 95.66 | 92.06 | 96.065 | 92.02 |
| 2/14/2025 | 99.52 | 98.41 | 100.6983 | 98 |
| 2/18/2025 | 106.79 | 102.635 | 107.88 | 102.045 |
| 2/19/2025 | 104.36 | 105.755 | 107.19 | 103.62 |
| 2/20/2025 | 103.18 | 103.98 | 104.85 | 102.34 |
| 2/21/2025 | 98.84 | 103.64 | 103.66 | 97.75 |
| 2/24/2025 | 95.41 | 100.215 | 100.7 | 95.28 |
| 2/25/2025 | 93.22 | 95.5 | 95.93 | 92.755 |
| 2/26/2025 | 97.71 | 96 | 99.72 | 95.5 |
| 2/27/2025 | 91.82 | 97.84 | 99.885 | 91.49 |
| 2/28/2025 | 93.63 | 91 | 94.46 | 89.87 |
| 3/3/2025 | 90.54 | 95.805 | 96.2 | 89.39 |
| 3/4/2025 | 91.2 | 90.2 | 93.59 | 86.8 |
| 3/5/2025 | 94.34 | 92.15 | 95.05 | 90.4301 |
| 3/6/2025 | 89.27 | 90.926 | 93.2896 | 89.0301 |
| 3/7/2025 | 92.96 | 90.29 | 93.34 | 89.49 |
| 3/10/2025 | 87.08 | 89.59 | 91.37 | 85.76 |
| 3/11/2025 | 89.05 | 87.9 | 91.1 | 86.0703 |
| 3/12/2025 | 95.64 | 92.47 | 96.99 | 92.24 |
| 3/13/2025 | 94.88 | 94.25 | 98.12 | 94 |
| 3/14/2025 | 100.79 | 98.75 | 102.78 | 98.75 |
| 3/17/2025 | 103.11 | 101.06 | 104.45 | 100.96 |
| 3/18/2025 | 101.72 | 101.9 | 103.31 | 100.29 |

11

**Micron Technology, Inc.**

Stock Prices 3/28/23 to 10/02/25

| Date | Close/Last | Open | High | Low |
|---|---|---|---|---|
| 3/19/2025 | 102.06 | 100.82 | 103.6 | 100.49 |
| 3/20/2025 | 103 | 101.58 | 104.69 | 101.35 |
| 3/21/2025 | 94.72 | 98.2 | 98.5 | 93.7 |
| 3/24/2025 | 96.94 | 96.1 | 98.4188 | 95.33 |
| 3/25/2025 | 94.18 | 96.18 | 96.38 | 93.25 |
| 3/26/2025 | 92.13 | 96 | 96.64 | 90.97 |
| 3/27/2025 | 91.16 | 91.09 | 92.205 | 89.61 |
| 3/28/2025 | 88.44 | 90.47 | 90.89 | 87.6 |
| 3/31/2025 | 86.89 | 86 | 87.09 | 84.1001 |
| 4/1/2025 | 88.71 | 88.525 | 88.89 | 86.245 |
| 4/2/2025 | 88.6 | 87.13 | 89.925 | 86.7 |
| 4/3/2025 | 74.34 | 82.915 | 83.3496 | 74.21 |
| 4/4/2025 | 64.72 | 70.65 | 71.34 | 63.8603 |
| 4/7/2025 | 68.37 | 63.935 | 72.46 | 61.54 |
| 4/8/2025 | 65.54 | 71.6 | 72.97 | 63.52 |
| 4/9/2025 | 77.87 | 66.2 | 78.56 | 63.7 |
| 4/10/2025 | 70.05 | 72.5 | 73.05 | 67.5 |
| 4/11/2025 | 69.55 | 69.04 | 70.165 | 66.825 |
| 4/14/2025 | 71.02 | 74.67 | 74.78 | 69.97 |
| 4/15/2025 | 71.04 | 71.12 | 72.8 | 70.55 |
| 4/16/2025 | 69.33 | 67.925 | 70.4505 | 67.17 |
| 4/17/2025 | 68.8 | 70.435 | 70.48 | 67 |
| 4/21/2025 | 66.74 | 67.76 | 68 | 65.645 |
| 4/22/2025 | 70.21 | 67.54 | 70.4 | 67.44 |
| 4/23/2025 | 72.93 | 73.695 | 75.4 | 72.5 |
| 4/24/2025 | 77.42 | 74.57 | 77.59 | 73.6 |
| 4/25/2025 | 79.78 | 77.55 | 80.3 | 76.9 |
| 4/28/2025 | 78.56 | 78.765 | 79.61 | 76.92 |
| 4/29/2025 | 76.88 | 77.94 | 78.19 | 76.475 |
| 4/30/2025 | 76.95 | 73.62 | 77.145 | 73.5 |
| 5/1/2025 | 77.77 | 79.4 | 79.89 | 77.64 |
| 5/2/2025 | 80.72 | 79.585 | 81.67 | 79.1 |
| 5/5/2025 | 80.42 | 79.41 | 81.15 | 79.05 |
| 5/6/2025 | 80.51 | 79.04 | 81.215 | 78.54 |
| 5/7/2025 | 82.62 | 80.99 | 82.87 | 80.2 |
| 5/8/2025 | 85.15 | 84.25 | 86.21 | 83.36 |
| 5/9/2025 | 85.86 | 85.57 | 86.27 | 84.68 |
| 5/12/2025 | 92.29 | 92.81 | 94.2 | 91.95 |
| 5/13/2025 | 96.93 | 92.545 | 97.41 | 92.545 |
| 5/14/2025 | 95.32 | 96.3 | 97.65 | 94.32 |
| 5/15/2025 | 95.45 | 94.01 | 95.61 | 92.17 |
| 5/16/2025 | 98 | 95.9 | 98.19 | 95.7 |
| 5/19/2025 | 98.65 | 95.71 | 99.02 | 95.7 |
| 5/20/2025 | 98.1 | 97.92 | 98.63 | 96.97 |
| 5/21/2025 | 95.84 | 97.16 | 98.82 | 95.26 |

**Micron Technology, Inc.**

Stock Prices 3/28/23 to 10/02/25

| Date | Close/Last | Open | High | Low |
|---|---|---|---|---|
| 5/22/2025 | 94.83 | 95.41 | 97.22 | 94.37 |
| 5/23/2025 | 93.37 | 92.26 | 93.84 | 90.93 |
| 5/27/2025 | 96.38 | 95.18 | 96.7 | 94.19 |
| 5/28/2025 | 96.18 | 96.7 | 97.21 | 95.6 |
| 5/29/2025 | 96.8 | 98.59 | 99.63 | 96.11 |
| 5/30/2025 | 94.46 | 96.04 | 96.6099 | 92.22 |
| 6/2/2025 | 98.18 | 94.58 | 99.24 | 94.4 |
| 6/3/2025 | 102.25 | 98.355 | 102.93 | 96.96 |
| 6/4/2025 | 103.25 | 102.38 | 103.91 | 101.7 |
| 6/5/2025 | 106.29 | 106.3 | 109.03 | 105.53 |
| 6/6/2025 | 108.56 | 108.08 | 111.05 | 108.0401 |
| 6/9/2025 | 110.95 | 109.51 | 112.53 | 108.58 |
| 6/10/2025 | 114.14 | 111.53 | 114.9231 | 111.23 |
| 6/11/2025 | 116.03 | 115.6 | 117.26 | 114.73 |
| 6/12/2025 | 116.18 | 114.105 | 116.48 | 113.52 |
| 6/13/2025 | 115.6 | 113.8 | 117.1 | 113.66 |
| 6/16/2025 | 119.84 | 117.81 | 120.9607 | 117.32 |
| 6/17/2025 | 120.34 | 119.6 | 123.51 | 119.35 |
| 6/18/2025 | 121.82 | 120.46 | 122.98 | 120.18 |
| 6/20/2025 | 123.6 | 122.77 | 124.16 | 120.38 |
| 6/23/2025 | 122.08 | 123.67 | 124.5091 | 119.81 |
| 6/24/2025 | 127.91 | 125.11 | 128.1 | 124.96 |
| 6/25/2025 | 127.25 | 126.61 | 127.5 | 125.62 |
| 6/26/2025 | 126 | 129.53 | 129.85 | 123.79 |
| 6/27/2025 | 124.76 | 125.14 | 127.54 | 123.39 |
| 6/30/2025 | 123.25 | 124.895 | 125.08 | 121.85 |
| 7/1/2025 | 120.89 | 122.345 | 123.9899 | 119.08 |
| 7/2/2025 | 121.74 | 120.5 | 123 | 118.06 |
| 7/3/2025 | 122.29 | 122.325 | 123.63 | 121.83 |
| 7/7/2025 | 119.92 | 121.18 | 121.505 | 118.911 |
| 7/8/2025 | 124.42 | 122.445 | 125.45 | 121.95 |
| 7/9/2025 | 122.24 | 124.815 | 126.15 | 121.28 |
| 7/10/2025 | 123.11 | 124.28 | 124.35 | 122.02 |
| 7/11/2025 | 124.53 | 122.125 | 124.81 | 121.24 |
| 7/14/2025 | 118.61 | 120.38 | 120.44 | 117.02 |
| 7/15/2025 | 120.11 | 120.94 | 121.39 | 119.122 |
| 7/16/2025 | 116.43 | 119.025 | 119.09 | 114.8103 |
| 7/17/2025 | 113.26 | 113.93 | 114.2 | 110.95 |
| 7/18/2025 | 114.39 | 114.24 | 114.8 | 113.28 |
| 7/21/2025 | 113.23 | 113.585 | 115.92 | 112.67 |
| 7/22/2025 | 109.22 | 112.855 | 113 | 108.125 |
| 7/23/2025 | 109.83 | 109.44 | 110.289 | 108.876 |
| 7/24/2025 | 111.73 | 111.06 | 112.73 | 110.25 |
| 7/25/2025 | 111.26 | 110.99 | 111.5 | 108.83 |
| 7/28/2025 | 111.25 | 111.72 | 112 | 109.86 |

13

**Micron Technology, Inc.**

Stock Prices 3/28/23 to 10/02/25

| Date | Close/Last | Open | High | Low |
|---|---|---|---|---|
| 7/29/2025 | 111.96 | 112.045 | 113.54 | 110.67 |
| 7/30/2025 | 114.74 | 112.6 | 114.89 | 112.41 |
| 7/31/2025 | 109.14 | 112.19 | 112.27 | 106.94 |
| 8/1/2025 | 104.88 | 105.49 | 106.5 | 103.38 |
| 8/4/2025 | 107.77 | 106.015 | 107.88 | 105.46 |
| 8/5/2025 | 109.06 | 109.3 | 110.635 | 106.83 |
| 8/6/2025 | 108.78 | 107.9 | 108.955 | 106.75 |
| 8/7/2025 | 111.87 | 114.14 | 115.28 | 110.79 |
| 8/8/2025 | 118.89 | 112.17 | 119.3299 | 111.67 |
| 8/11/2025 | 123.72 | 124.97 | 127.28 | 121.65 |
| 8/12/2025 | 127.75 | 124.7 | 128.55 | 123.0424 |
| 8/13/2025 | 124.27 | 127.58 | 128.6 | 123.35 |
| 8/14/2025 | 125.29 | 123.2 | 125.74 | 121.4 |
| 8/15/2025 | 120.87 | 123.17 | 123.38 | 119.44 |
| 8/18/2025 | 123.55 | 121.35 | 123.68 | 120.66 |
| 8/19/2025 | 122.05 | 122.94 | 124.24 | 121.31 |
| 8/20/2025 | 117.21 | 118.7 | 118.91 | 113.46 |
| 8/21/2025 | 115.79 | 117 | 117.73 | 115.61 |
| 8/22/2025 | 117.68 | 117.65 | 120.7 | 116.51 |
| 8/25/2025 | 116.42 | 117.68 | 118.08 | 116.1 |
| 8/26/2025 | 116.5 | 116.09 | 118.36 | 115.81 |
| 8/27/2025 | 117.75 | 116.85 | 118.73 | 116.44 |
| 8/28/2025 | 122 | 118.88 | 122.571 | 118.73 |
| 8/29/2025 | 119.01 | 122.6 | 122.7699 | 118.06 |
| 9/2/2025 | 118.48 | 115.86 | 118.555 | 114.25 |
| 9/3/2025 | 118.72 | 119.36 | 119.44 | 117.295 |
| 9/4/2025 | 124.21 | 118.85 | 124.41 | 118.52 |
| 9/5/2025 | 131.37 | 127.77 | 131.41 | 125.66 |
| 9/8/2025 | 131.46 | 130.55 | 132.2586 | 128.4 |
| 9/9/2025 | 135.24 | 131.76 | 138 | 131.56 |
| 9/10/2025 | 140 | 140.02 | 142.235 | 138.34 |
| 9/11/2025 | 150.57 | 147.72 | 156.26 | 147.61 |
| 9/12/2025 | 157.23 | 153.55 | 158.28 | 153.21 |
| 9/15/2025 | 157.77 | 156.96 | 160.3399 | 156.55 |
| 9/16/2025 | 158.82 | 157.98 | 159.56 | 157.165 |
| 9/17/2025 | 159.99 | 157.405 | 160.59 | 155.26 |
| 9/18/2025 | 168.89 | 162.99 | 170.45 | 162.6 |
| 9/19/2025 | 162.73 | 162.75 | 163.7 | 159.38 |
| 9/22/2025 | 164.62 | 164.375 | 167.26 | 161.59 |
| 9/23/2025 | 166.41 | 165.68 | 168.99 | 165.23 |
| 9/24/2025 | 161.71 | 165.08 | 166 | 158.3 |
| 9/25/2025 | 156.83 | 157.39 | 158.95 | 154.65 |
| 9/26/2025 | 157.27 | 158.52 | 158.92 | 155.18 |
| 9/29/2025 | 163.9 | 160 | 165.8 | 159.9706 |
| 9/30/2025 | 167.32 | 164.105 | 168.95 | 163.96 |

**Micron Technology, Inc.**

Stock Prices 3/28/23 to 10/02/25

| Date | Close/Last | Open | High | Low |
|---|---|---|---|---|
| 10/1/2025 | 182.15 | 165.6 | 182.39 | 165.5 |
| 10/2/2025 | 183.75 | 184.955 | 186.18 | 181.21 |

15