## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE MICRON TECHNOLOGY, INC. SECURITIES LITIGATION | Case No.: 1:25-cv-00191-BLW<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br><br>*All Actions* | ORDER WITH REGARDS TO STIPULATED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' FORTHCOMING SECOND AMENDED COMPLAINT |

On March 3, 2026, Lead Plaintiffs Morris Zelikovsky, Ronald Timms, and David A. Millman ("Lead Plaintiffs") and Defendants Micron Technology, Inc., Sanjay Mehrotra, and Mark Murphy ("Defendants") submitted a Stipulated Motion to for Extension of Time to File Plaintiffs' Forthcoming Second Amended Complaint (Dkt. No. 71). The Court has reviewed the Stipulated Motion and, good causing being shown:

**NOW THEREFORE IT IS HEREBY ORDERED:**

1. Lead Plaintiffs' deadline for filing a second amended complaint in this action is extended by 30 days from March 4, 2026 to April 3, 2026.

DATED: March 4, 2026

B. Lynn Winmill
U.S. District Court Judge

Order - 1