THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Jonathan Stern (*admitted pro hac vice*)
jstern@rosenlegal.com

*Attorneys for Lead Plaintiffs*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: MICRON TECHNOLOGY, INC. SECURITIES LITIGATION | CASE NO. 1:25-cv-00191-BLW |
| | **LEAD PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| THIS DOCUMENT RELATES TO: | |
| *All Actions.* | |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Court-appointed Lead Plaintiffs Morris Zelikovsky, Ronald Timms, and David A. Milman (collectively "Lead Plaintiffs"), who the Court appointed as Lead Plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995, hereby voluntarily dismiss this action without prejudice as to all defendants. As grounds therefor, Lead Plaintiffs state that: (1) no defendant has filed or served either an answer or a motion for summary judgment; and (2) a class has not been certified in this action.

DATED: April 3, 2026

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Jonathan Stern*
Jonathan Stern (*admitted pro hac vice*)
275 Madison Avenue, 40th Floor

New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
jstern@rosenlegal.com

**POMERANTZ LLP**
Brian Calandra (*admitted pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
bcalandra@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**RAMSDEN, MARFICE, EALY & DE SMET, LLP**
700 Northwest Blvd.
P.O. Box 1336
Coeur d'Alene, ID 83816-1336
Telephone: (208) 664-5818
Facsimile: (208) 664-5884
Marcus E. Johnson, ISB #10350
mjohnson@rmedlaw.com
Michael E. Ramsden, ISB #2368
mramsden@rmedlaw.com

*Liaison Counsel for Lead Plaintiffs and the Class*

**MILLER SHAH LLP**
Jayne A Goldstein *(pro hac vice forthcoming)*
1640 Town Center Circle, Suite 216
Weston, FL 33326
(954) 515-0123
Email: jgoldstein@sfmslaw.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton *(pro hac vice forthcoming)*
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Additional Counsel for Lead Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 3, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants. The foregoing is available for viewing and downloading from the CM/ECF system.

Dated: April 3 2026

*/s/ Jonathan Stern*
Jonathan Stern