UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| *In re:* MICRON TECHNOLOGY INC. SECURITIES LITIGATION | Case No.: 1:25-cv-00191-BLW |
| | **ORDER** |
| THIS DOCUMENT RELATES TO: | |
| *All Actions*. | |

On April 3, 2026, Lead Plaintiffs filed a Notice of Voluntary Dismissal of Action Without Prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i). Accordingly, the Clerk of Court is directed to close Case No. 1:25-cv-00191-BLW.

DATED: April 14, 2026

B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 1**